108a 803<br>f109 438

HOLLIDAY v. GRIFFITH BROTHERS & WEST.

LUMPKIN, P. J.   1. When it appears that a contract has been reduced to writing and duly executed, it is erroneous to admit, over proper objection, parol evidence as to its contents; and proving by parol what a given writing does not contain is as much forbidden as proving in this manner what it does contain.

2. The court below erred in overruling the certiorari.

<em>Judgment reversed. All the Justices concurring.</em>

Argued June 8, — Decided July 26, 1899.

Certiorari. Before Judge Hutchins. Jackson superior court. August term, 1898.

*Robert S. Howard*, for plaintiff in error.
*Shackelford & Shackelford*, contra.